Argued and submitted November 30, 1990, reversed and remanded January 9, 1991

MARK DAVIS,
*Appellant,*

*v.*

Manfred (Fred) MAASS,
*Respondent.*

(90-C-11235; CA A65645)

803 P2d 290

Hari Nam S. Khalsa, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Janet Klapstein, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded. *Bird v. Maass (A64583),* 104 Or App 271, 800 P2d 792 (1990).